**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re: _Jay B. Spillers_ )
_Heidi J. Spillers_ )
Debtor(s) )
)
)

Chapter 13
Case No. _09-45461 JBR_

## MOTION AND AGREED ORDER TO EXTEND TIME FOR CHAPTER 13 TRUSTEE TO FILE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND EXEMPTIONS

Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee") and the Debtor(s) hereby move that this Court extend the deadline for the Trustee to file an Objection to Confirmation of the Chapter 13 Plan and Exemptions to _MAR 29_, 2010. As grounds therefore, the parties state the following:

1. The Debtor(s) will produce the following documents to the Trustee on or before _2009 Federal Tax Return when filed + turnover of tax refund when received._

2. The Debtor(s) shall file the following on or before _Feb 26 dtr_, 20 _10_.
   ___ Amended Plan
   _X_ Amended Schedules _C_
   ___ Other _____

3. In the event of a default on terms of this Motion and Order, it is agreed that upon the Trustee filing a Certificate of Non-Compliance, on seven (7) days notice to the Debtor(s) and Debtor's attorney, this case shall be dismissed without further Order or hearing of the Court.

WHEREFORE, the Trustee and the Debtor request that the within Motion and Order be allowed.

_[signature]_                          _[signature]_                        _[signature]_
Chapter 13 Trustee                     Attorney for Debtor(s)               Debtor(s) _Jay B. Spillers_
                                       _Carl Aframe, Esq._                  _Heidi J. Spillers_

SO ORDERED: _____

U.S. Bankruptcy Judge                                Dated

2/8/2010 ALLOWED.
/s/ Joel B. Rosenthal